Honorable Samuel J. Steiner
Chapter 11
Hearing Location: 700 Stewart Street, 7th Floor, U.S. Courthouse, Seattle WA
Hearing Date: September 14, 2007
Hearing Time: 9:30 a.m.
Response Date: September 11, 2007

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

MILA, INC.,

    Debtor.

TIN: 91-1471279

Case No. 07-13059-SJS

ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR APPROVAL OF SALE OF EQUIPMENT FREE AND CLEAR OF INTERESTS

This matter having come before the Court on the Motion of Chapter 11 Trustee for Approval of Sale of Equipment Free and Clear of Interests [Dkt. #71] (the "Motion"), the Court

ORDERS as follows:

1. As stated in the second bullet point of part III of the Motion, the auction will be free and clear of all interests in the equipment of entities other than the estate, including any personal property tax lien and security interests, with those liens and security interests attaching to the auction proceeds to the extent and in the priority the liens and security interests are valid and nonavoidable and attached to the equipment sold.

2. The liens of which the auction will be free and clear include Snohomish County's lien arising under RCW chapter 84.60. This order does not determine the amount of Snohomish County's secured claim.

| | |
|---|---|
| 1 | 3. The Court grants the Motion as clarified in paragraphs 1 and 2 above. |
| 2 | DATED this 12th day of September, 2007. |

*[Signature]*

Samuel J. Steiner
United States Bankruptcy Judge

Objection withdrawn:

JANICE E. ELLIS, SNOHOMISH COUNTY
PROSECUTING ATTORNEY

/s/ George B. Marsh
George B. Marsh
WSBA No. 26188
Prosecuting Attorney – Civil Division
Admin East 7th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
Telephone: (425) 388-6361
Fax: (425) 388-6333
E-mail: gmarsh@co.snohomish.wa.us
Attorneys for Snohomish County

Presented by:

/s/ David W. Hercher
David W. Hercher
WSBA No. 21946
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 205-2628
Fax: (503) 205-8618
E-mail: dave.hercher@millernash.com

Attorneys for Geoffrey Groshong, Chapter 11 Trustee