| | |
|---|---|
| 1 | Honorable Samuel J. Steiner |
| 2 | Chapter 11<br>Hearing Date: November 14, 2008 |
| 3 | Hearing Time: 9:30 a.m.<br>Hearing Location: 700 Stewart Street, |
| 4 | Room 8206, U.S. Courthouse,<br>Seattle WA |
| 5 | Response Date: November 7, 2008 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

MILA, INC.,
    dba Mortgage Investment Lending Associates,

        Debtor.

TIN: 91-1471279

Case No. 07-13059-SJS

ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR APPROVAL OF SALE OF WWW.MILA.COM DOMAIN NAME FREE AND CLEAR OF ANY INTEREST OTHER THAN THE ESTATE

Having considered the Motion of Chapter 11 Trustee for Approval of Sale of www.mila.com Domain Name Free and Clear of any Interest Other Than the Estate [Dkt. #757], the Court

ORDERS as follows:

1. The trustee may sell to Michael Gil the estate's interest in the www.mila.com Internet domain name, without warranty, free and clear of any interest in the domain name of any entity other than the estate, for $5,500 in cash.

2. The 10-day stay of Federal Rule of Bankruptcy Procedure 6004(g) does not apply to this order.

DATED this 12th day of November, 2008.

_____
Samuel J. Steiner
United States Bankruptcy Judge

Presented by:

*/s/ David W. Hercher*
David W. Hercher
WSBA No. 21946
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 205-2628
Fax: (503) 205-8618
E-mail: dave.hercher@millernash.com

Attorneys for Geoffrey Groshong, Chapter 11 Trustee