The Honorable Karen A. Overstreet
Chapter 11

FILED
Western District of Washington
at Seattle

APR -6 2012

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>MILA, Inc.,<br>91-1471279<br><br>Debtor. | Case No. 07-13059-KAO<br><br>REPORT OF UNCLAIMED FUNDS |

| Name & Last Known Address | Claim No. | Claim Amount | Dividend Amount |
|---|---|---|---|
| Harris County District Attorney<br>Victims' Rights Division<br>1201 Franklin, Suite 600<br>Houston, Texas 77002-1923 | ---[1] | $0.00 | $15,000.00 |
| MERS<br>1595 Spring Hill Rd #310<br>Vienna VA 22182 | 18 | $3,277.90 | $51.63 |
| U.S. Department of Labor<br>Employee Benefits<br>300 Fifth Ave #1100<br>Seattle WA 98104 | 12 | $1,450.27 | $22.84 |

---

[1] See Dkt. #1927, Order Authorizing Trustee to Return Collected Non-Estate Restitution Funds.

REPORT OF UNCLAIMED FUNDS - 1

SEADOCS:445040.1
549100.0001

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

| | |
|---|---|
| 1 | |
| 2 | DATED this 5th day of April, 2012. |
| 3 | |
| 4 | /s/ Geoffrey Groshong |
| | Geoffrey Groshong |
| | WSB No. 6124 |
| 5 | Chapter 11 Trustee |

REPORT OF UNCLAIMED FUNDS - 2

SEADOCS:445040.1
549100.0001

**MILLER NASH** LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

Case 07-13059-KAO    Doc 1935    Filed 04/06/12    Ent. 04/06/12 15:27:26    Pg. 2 of 2