

DORSEY™
DORSEY & WHITNEY LLP

ELIZABETH HULSEBOS
(612) 492-6919
FAX (612) 677-3350
hulsebos.elizabeth@dorsey.com

RECEIVED
Western District of Washington
at Seattle

NOV 20 2012

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

November 15, 2012

Mr. Brian Futch
United States Bankruptcy Court
Western District of Washington
700 Stewart Street, No. 6301
Seattle, WA 98101

    Re:   MILA, Inc.
            Case No. 07-13059

Dear Mr. Futch:

    This letter will serve as follow-up to our telephone conference today. Dorsey & Whitney LLP ("Dorsey & Whitney") serves as counsel to Residential Funding Co., LLC ("RFC"). On March 26, 2012 a check in the amount of $126,013.11 was issued to RFC. The check was not cashed in a timely manner and on June 26, 2012 said amount was paid to the Bankruptcy Court by the case trustee as unclaimed funds.

    On or about July 27, 2012, RFC filed a Petition for Payment of Unclaimed Funds with the Court to receive the $126,013.11 in returned funds (the "Petition"). A copy of the Petition is enclosed. To date, RFC has not received said payment. Based on our conversation, it is our understanding that the Court considered the attached documentation insufficient because there was no evidence of the connection between RFC and Dorsey & Whitney. Please consider this letter verification that Dorsey & Whitney directed RFC to file the Petition.

    We request on behalf of RFC that the Court remit the requested funds as soon as possible. Please contact me if you have any questions.

                                       Yours truly,

                                       Elizabeth Hulsebos

Enclosure

cc    John Larson
        Steven Heim (w/o encl.)

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA CANADA EUROPE ASIA-PACIFIC

4839-0438-4273\1

FILED
Western District of Washington
at Seattle

NOV 20 2012

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | Case Number: 07-13059 |
|---|---|
| MILA, Inc. | Petition for Payment of Unclaimed Funds |
| Debtor(s). | |

1. I am petitioning to receive funds in the total amount of $ 126,013.11 ___, which amount was paid into the Court on June 26, 2012 _____ [date(s)] by the case trustee as unclaimed funds on behalf of the following creditor/debtor:

    Name: Residential Funding Co., LLC
    Address: 1100 Virginia Dr., FTW-190-F70, 19034
    Last four digits of SS# or Tax ID#: __

2. I believe I am entitled to receive the requested funds based upon the following [check the statement(s) that apply]:
    - ☐ a. I am the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents, including a current driver's license and social security card (if an individual).
    - ☐ b. I am the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, and am authorized by the attached notarized, original, Power of Attorney to file this application on the behalf of the creditor/debtor.
    - ☐ c. I am the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the assignee's or successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership and/or assignment.
    - ☒ d. I am a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1, as demonstrated by the attached documentation, including, if applicable, the corporate seal.
    - ☐ e. I am the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents which substantiate my right to act on behalf of the decedent's estate.
    - ☐ f. Subparagraphs (a) through (e) above do not apply. As evidenced by the attached documents, I am entitled to such monies because: _____

3. I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

4. Pursuant to 28 U.S.C. § 2042, on _____ [date], I mailed a copy of this completed application (with all supporting documentation) to: United States Attorney, 700 Stewart St., Ste. 5220, Seattle WA 98101-1271.

I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or the accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

**I declare (or certify, or verify, or state) under penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct.**

Dated: 7/27/12

Petitioner's Signature: *Charles Laubach*
Petitioner's Name: Charles Laubach
Address: 1100 Virginia Dr.
Fort Washington, PA 19034
Telephone Number: (   )

NOTARY:

On this day, 27th of July 2012, I certify that I know or have satisfactory evidence that (insert name and title of signer) Charles Laubach, Senior VICE PRESIDENT is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

(SEAL)
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JANET COLON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 12, 2014

Notary Public: *Janet Colon*
My commission expires 8-12-14
State of Pennsylvania
Residing at _____.

WAW 118.FI (1/12/2010)                Application for Payment of Unclaimed Funds – Page 2 of 2

Case 07-13059-KAO   Doc 1953   Filed 11/20/12   Ent. 11/26/12 10:56:33   Pg. 3 of 4

## CERTIFICATE OF RESIDENTIAL FUNDING CO, LLC

I, **Charles Laubach**, as of July 27, 2012, do hereby deliver this certificate to the United States Bankruptcy Court for the Western District of Washington (the "Court") in connection with the attached Petition for Payment of Unclaimed Funds (the "Petition").

I certify that I am the duly elected and qualified **officer** of the Residential Funding Co., LLC (the "Company").

I further certify that I am a duly authorized officer and representative of the Company, and am authorized to take all actions necessary to complete the Petition and request payment from the Court.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate as of the date first described above.

RESIDENTIAL FUNDING CO, LLC

By: *Charles Laubach*  
Name: Charles Laubach  
Its: Senior Vice President

The undersigned, Charles Laubach, hereby certifies that he/she is a duly elected and authorized officer and representative of the Company as of the date hereof and that the signature appearing above is his genuine signature.

Dated as of July 27 2012

By: *Janet Colon*  
Title: notary

COMMONWEALTH OF PENNSYLVANIA  
NOTARIAL SEAL  
JANET COLON, Notary Public  
City of Philadelphia, Phila. County  
My Commission Expires August 12, 2014

4829-5179-0096/1